IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES ASHFORD,
ADC #133975                                                                                          PLAINTIFF

v.                                          5:09CV00272HLJ

BOBBY WASHINGTON, et al.                                                                DEFENDANTS

ORDER

By Order dated August 31, 2009 (DE #3), this Court granted plaintiff's application to proceed <u>in forma pauperis</u> in this action filed pursuant to 42 U.S.C. § 1983. However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days. Plaintiff has now submitted an amended complaint (DE #5). Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate for some of the defendants. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Bobby Washington, Walter Washington, CO Ezell, and J. Wilson. The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE #5) and summons on defendants <u>in care of</u> the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 29th day of September, 2009.

_____
United States Magistrate Judge

1