IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES ASHFORD,
ADC #133975                                                                                      PLAINTIFF

v.                                          5:09CV00272WRW/HLJ

BOBBY WASHINGTON, et al.                                                              DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant L. Cantrell is hereby DISMISSED from plaintiff's complaint.

IT IS SO ORDERED this 14th day of October, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE