IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES ASHFORD,
ADC #133975                                                                          PLAINTIFF

v.                                          5:09CV00272HLJ

BOBBY WASHINGTON, et al.                                                    DEFENDANTS

ORDER

By Order dated February 19, 2010, this Court directed defendants to provide the last-known address of defendant Ezell within ten days of the date of the Order (DE #41). Defendants have responded by providing an address under seal (DE #44). The Court will direct service of summons at this address. However, pursuant to Fed.R.Civ.P. 4(m), failure to obtain service on defendant Ezell shall result in his dismissal from this complaint. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendant Ezell, and the United States Marshal is hereby directed to serve a copy of the summons and original and amended complaints (DE ##2, 5) on defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 4th day of March, 2010.

*Henry L. Jones, Jr.*
United States Magistrate Judge

1