# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHARLES ASHFORD,                                                                                    PLAINTIFF
ADC #133975

v.                                    No. 5:09CV00272 JLH/JTK

BOBBY WASHINGTON, *et al.*                                                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for preliminary injunctive relief (Doc. No. 60) is hereby DENIED.

IT IS SO ORDERED this 17th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE