IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES ASHFORD,
ADC #133975                                                                                                  PLAINTIFF

v.                                         5:09CV00272JLH/JTK

BOBBY WASHINGTON, et al.                                                                 DEFENDANTS

## ORDER

This matter is before the Court on plaintiff's motion to voluntarily dismiss his complaint against defendants, with prejudice, based on a Release and Settlement Agreement entered into between plaintiff and defendants (Doc. No. 72). Defendants have filed a response stating this matter has been settled and they do not object to the dismissal (Doc. No. 73). Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion to dismiss his complaint against defendants (Doc. No. 72) is hereby GRANTED, and plaintiff's complaint is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 5th day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE