IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES ASHFORD,
ADC #133975                                                              PLAINTIFF

v.                                    5:09CV00272JLH/JTK

BOBBY WASHINGTON, et al.                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and

Adjudged that this case be,  and it is hereby, DISMISSED with prejudice.  The relief sought is

denied.

IT IS SO ADJUDGED this 5th day of August, 2010.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE